Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DAVID LEON WAGNER & BETTY HERNANDEZ WAGNER

CASE NO. 09-70639-HDH-13

| | |
|---|---|
| AKA1: | AKA2: BETTY HERNANDEZ PEREZ WAGNER |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 6074 | SS#2: xxx-xx- 4541 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   1/21/2010    Orig. Time:    11:00 AM         Reset Date:          Reset Time:

B. Meeting Results:        Adjourned

C. Debtor(s):    Debtor 1 Appeared          Debtor 2 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        1/21/2010    $190.00      First Payment Due Date:       1/16/2010

G. File Trustee's Motion to Dismiss because

H. B22C Information:       B22C Form is:       Complete

　　Budgeted Income:    $1,552.93    Expense:    $1,362.93    Surplus:    $190.00

　　Plan Payment:    $190.00   Monthly                    Plan Term(Months):    36

I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:       $0.00

　　Objection to Exemption of:

　　____ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

　　____ Object to Invoke Stay Pleading

　　____ Case Converted from Chapter 7, Bar Date Set:    4/21/2010    Date Converted from Chapter 7:

J. Required Information:    Good

K. Business Information:

L. Object to Confirmation:    No

　　None at this time

M. Financial Management Class:    Debtor 1 Appeared        Debtor 2 Appeared

N. Eligibility:

　　Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

　　Credit Counseling Provider Approved:                    Yes

　　Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):        No

O. Domestic Support Obligation:        $0.00    Current:            Arrears:        $0.00

　　Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:      Good
　　　　　　　　-Thank You

Dated:    1/21/2010                          /s/ Walter O'Cheskey
　　　　　　　　　　　　　　　　　　　　　　　 Standing Bankruptcy Trustee
　　　　　　　　　　　　　　　　　　　　　　　 By:     Brent Hagen

| Case Number: | 09-70639 Page 2 of 3 |
|---|---|
| Debtor: | Wagner |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 1/21/2010 9:34 |

| Domestic Support  Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees          Paid Through the Plan | $2,719.00 | | | | $2,719.00 |
|---|---|---|---|---|---|
| Noticing Fees | $78.96 | | | | $78.96 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | |
|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,719.00 | | |
| Less Noticing Fees | $78.96 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $39,672.01 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,100.07 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $6,840.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,739.93 |

**Comments:**

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 1/21/2010 9:34 |

| | | |
|---|---|---|
| Schedule I Gross Income | | $0.00 |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 60 |
| Minimum to Unsecureds | | $0.00 |

| Comments: |
|---|